USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   7/18/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
          -against-                       :          **ORDER**
                                          :
Ervin Asan                                :
                                          :          23 Cr. 538
                                          :          ─────────────────
                                          :          Docket #
------------------------------------------x

Analisa Torres          **District Judge**
────────────────────────
     Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

Carrie H. Cohen                      is hereby ordered to assume
─────────────────────────

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC 7/12/2024_____ .

**SO ORDERED.**

────────────────────────────────
UNITED STATES DISTRICT JUDGE

Dated:   **New York, New York**
         7/18/24