```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ERVIN ASAN,

                  Defendant.

23 Cr. 538 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 28, 2024, Defendant filed a motion for "nunc pro tunc relief or correction by the [Bureau of Prisons] of [his] release date." ECF No. 23 at 1. On July 18, 2024, the Court appointed CJA counsel. ECF No. 24.

    Accordingly, by **August 21, 2024**, CJA counsel shall file a letter with respect to the status of this matter and Defendant's motion.

    SO ORDERED.

Dated: August 8, 2024
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge